# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | |
|---|---|---|
| Case No. | CR 25-00110-MRA-2 | Date    July 20, 2026 |

Present: The Honorable    MÓNICA RAMÍREZ ALMADANI

Interpreter    Analia Sarno-Riggle; Alejandra Schulte; Angelica Ortiz Cichocki; Manena Fayos (Spanish)

| Melissa H. Kunig | C/S - 7/20/26 | Kali Yallourakis; Nicholas Purcell; Rahul Hari |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2) Jairo John Gastelo | ✓ | ☐ | ✓ | 2) Peter Sebastian | ✓ | ☐ | ✓ |

_____ Day <u>COURT TRIAL</u>          **6th** Day <u>JURY TRIAL</u>          _____ Death Penalty Phase

_____ One day trial;  _____ Begun (1st day);  ✓ Held & continued;  _____ Completed by jury verdict/submitted to court.

_____ The jury is impaneled and sworn.

_____ Opening statements made by _____

✓ Witnesses called, sworn and testified.

✓ Exhibits identified          ✓ Exhibits admitted

_____ Government rests.          ✓ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

✓ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied ✓ submitted

_____ Closing arguments made    _____ Court instructs jury    _____ Bailiff sworn

✓ Clerk  reviewed  admitted    exhibits with counsel to be submitted to the jury/Court for deliberations/findings.

_____ Alternates excused    _____ jury retires to deliberate    _____ jury resumes deliberations

_____ Finding by Court as follows:                    _____ Finding by jury as follows:

| | | |
|---|---|---|
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |

_____ Jury polled          _____ Polling waived

_____ Filed Witness & Exhibit lists  _____ Filed jury notes  _____ Filed jury Instructions _____ Filed jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody. _____ Remand/Release# _____ issd. _____ Dft # _____ released from custody.
_____ Bond exonerated as to Dft # _____

_____ Case continued to <u>July 21, 2026</u> for further trial/further jury deliberation.

_____ Other:                                        5  :  16

Initials of Deputy Clerk  <u>mku</u>

_____ USM    _____ USPPO

CR-78 (06/26)                    **CRIMINAL MINUTES - TRIAL**                    Page 1 of 1