UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

**JS-3**

| Case No. | CR 25-00110-MRA-2 | | Date | July 21, 2026 |
|---|---|---|---|---|

Present: The Honorable   MÓNICA RAMÍREZ ALMADANI

Interpreter   Analia Sarno-Riggle; Alejandra Schulte (Spanish)

| Melissa H. Kunig | C/S - 7/21/26 | Kali Yallourakis; Nicholas Purcell; Rahul Hari |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2) Jairo John Gastelo | ✓ | ☐ | ✓ | 2) Peter Sebastian | ✓ | ☐ | ✓ |

_____ Day COURT TRIAL          __7th__ Day JURY TRIAL          _____ Death Penalty Phase

_____ One day trial;    _____ Begun (1st day);    ✓ Held          _____ Completed by jury verdict/submitted to court.

_____ The jury is impaneled and sworn.

_____ Opening statements made by _____

_____ Witnesses called, sworn and testified.

_____ Exhibits identified          _____ Exhibits admitted

_____ Government rests.          _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

✓ Motion for judgment of acquittal (FRCrP 29) is __✓__ granted _____ denied _____ submitted

_____ Closing arguments made    _____ Court instructs jury    _____ Bailiff sworn

_____ Clerk  reviewed  admitted   exhibits with counsel to be submitted to the jury/Court for deliberations/findings.

_____ Alternates excused    _____ jury retires to deliberate    _____ jury resumes deliberations

_____ Finding by Court as follows:          _____ Finding by jury as follows:

| Dft # | found guilty on counts | found not guilty on counts |
|---|---|---|
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |

_____ Jury polled          _____ Polling waived

✓ Filed Witness & Exhibit lists    _____ Filed jury notes    _____ Filed jury Instructions    _____ Filed jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody. _____ Remand/Release# _____ issd. _____ Dft # _____ released from custody.

✓ Bond exonerated as to Dft #  __2__

_____ Case continued to _____ for further trial/further jury deliberation.

_____ Other: _____          0 : 20

Initials of Deputy Clerk  __mku__

USM ✓ USPPO

CR-78 (06/26)          **CRIMINAL MINUTES - TRIAL**          Page 1 of 1